FILED

2007 Mar-30  PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 4:06-cv-01155-WMA |
| DAVID HOPPER, Individually, and DAVID HOPPER, d/b/a HOPPER CONSTRUCTION COMPANY; SHANNON DEATON; and MICHAEL CHMIELEWSKI, | ) ) ) ) ) | |
| Defendants. | ) | |

### MEMORANDUM OPINION

This matter is before the court on the motions of Nationwide Mutual Fire Insurance Company ("Nationwide" or "the plaintiff") for default judgments against defendant David Hopper ("Hopper") individually and doing business as Hopper Construction ("Hopper Construction") (doc. 17 & 18) and for summary judgment regarding defendants Shannon Deaton ("Deaton") and Michael Chmielewski ("Chmielewski") (doc. 21).

The  magistrate judge assigned this matter entered a report and recommendation finding that the motions were due to be granted on March 20, 2007.  No party has filed an objection to the report and recommendations.

The court has considered the entire file in this action together with the report and recommendation and has reached an independent conclusion that the report and recommendations are due to be adopted and approved.  The court hereby adopts and approves the findings and recommendations of the magistrate judge as the findings and conclusion of the court.  In accord with the recommendations, the motions for default judgments (doc. 17 & 18)

and for summary judgment (doc. 21) are due to be granted. Specifically, the court concludes that the plaintiff is entitled to a default judgment as to Hopper and Hopper Construction finding that it owes no liability coverage nor defense and indemnification coverage under Commercial General Liability policy number 77 01AC 394996-3001, for the various claims of faulty construction concerning the lawsuit in the Circuit Court of Etowah County, Alabama (CV-05-93) involving Deaton and Chmielewski. Additionally, the court concludes that the plaintiff is entitled to summary judgment in this action, finding that it is under no duty to indemnify Deaton and Chmielewski on their claims against Hopper and Hopper Construction in the pending lawsuit in the Circuit Court of Etowah County, Alabama (CV-05-93).

**DONE**, this the 30th day of March, 2007.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

2